U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 9 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JEREMY HUDSON | CIVIL ACTION 1:17-CV-00344 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| TOWN OF WOODWORTH, *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Town of Woodworth's motion to dismiss (Doc. 7) is GRANTED as follows: Hudson's federal claim for punitive damages against the Town (only) is DISMISSED WITH PREJUDICE; (2) Hudson's state law claim for punitive damages is DISMISSED WITHOUT PREJUDICE; and (3) Hudson's Eighth Amendment claim is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 19th day of June 2017.

_____
JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE